AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JERRY ALLEN McCUMBERS

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV206-45

RON CORBETT, LT. RANDY ALSTON,
AND THE GLYNN COUNTY DETENTION
CENTER

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated May 18, 2006, adopting the Report and Recommendation of the Magistrate Judge; judgment is hereby entered dismissing Plaintiff's complaint.

| | |
|---|---|
| May 18, 2006 | Scott L. Poff |
| Date | Clerk |
| | (By) Deputy Clerk |

GAS Rev 10/1/03